Anthony Jamal Witt 221110
Name and Prisoner/Booking Number

2450 Claybank Rd.
Place of Confinement

Stanton facility
Mailing Address

Fairfield - Ca - 94533
City, State, Zip Code

**FILED**

JUN 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony Witt
(Full Name of Plaintiff),
Plaintiff,

v. Solano county CMS/medical

(1) Solano county custody div.
(Full Name of Defendant)

(2) _____
(3) _____
(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22 CV 1042 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Stanton Facility

## B. DEFENDANTS

1. Name of first Defendant: __Parrot-A Scssa1__. The first Defendant is employed as: __Classification officer__ at __Stanton__.
   (Position and Title)                                (Institution)

2. Name of second Defendant: __Bayoneta__. The second Defendant is employed as: __Correctional officer__ at __Stanton__.
   (Position and Title)                                (Institution)

3. Name of third Defendant: __Medical of the Custody division__. The third Defendant is employed as: _____ at __Stanton__.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit: __Anthony wyatt__
      1. Parties: _____ v. __Trinity at Solano__
      2. Court and case number: __Federal court__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __Slight memory problem__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __dirty cellmate__
   __Basic nec / dirty enviroment__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [~~Medical care~~] (crossed out)
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   A cellmate was placed in my cell who had marijuana hair fibers which is an epidemic right now, it continued to worsen over days, i ask officers to be moved, i informed officers this person was not clean they need to move him or me, i end up in the hole a week in a half later with beginning bites of marjellons. Over days i developed a bump on my face with worms coming out, i tried explaining that my cellmate was not clean to classification officer Parrot she did not want to hear me out and turned it around like i was refusing to house with BP inmates and sent me lay force to the hole -- Bayonetta lied to me for hours and hours he would move me or this person, i end up in hole.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have on file maude PTSD & enhanced out patient in CBC for people with my disorder. Negligently ignored.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __Medical malpractice/neglect__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Against medical for on going malpractice & negligence. My problem gotten extreamly worse than before, continued grievance process on going ignored issues then antibiotics at the last minute. But I still have weird hairs over my neck to ears which I never had cyst! I was housed in Stanton unit 12 cell 11. A bump developed with worms coming out which is now a scar permanent._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _An extreamly painful bump worsen with worms coming out._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _They still haven't returned my grievances but I will send it_

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1 million negligence
Basic necessities from custody division
1 million from medical custody division
= 2 million total
My bump on my face is now a scar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-2-22 6·2·22
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

**SOLANO COUNTY SHERIFF-CORONER'S OFFICE**
Custody Division

**INMATE REQUEST**

To Sgt White
SCJ 577

Facility: (circle one) **Claybank**  Fairfield  Stanton (circled)

Name: Anthony J. Witt  Date: 6-6-22

Housing: 3/B  Bk. No.: 221110

Request: Responses to both of my grievances 22000905 and 22000887 and my paperwork tour as well via copy? Peace & Thanks gpy

Officer Sign/Call #: ___

(Circle One)   APPROVED   **DISAPPROVED** (circled)

Reason: Medical has not responded to them yet.

BA1CSB

SDD 033 (7/16)

## SOLANO COUNTY SHERIFF'S OFFICE

### GRIEVANCE INMATE REPORT

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| MEDICAL | 03-SCF LVL1 U03 08 | WHITE SCJ577 | 06/06/2022 | 04:37 |

**GRIEVANCE SUMMARY**

INMATE GRIEVING MEDICAL, CITING THAT HIS MEDICAL ISSUES ARE BEING IGNORED

**INMATE COPY**

**CURRENT HOUSING:** 03-SCF LVL1 U03 08 A
**GRIEVANCE AGAINST DEPARTMENT:** MEDICAL
**DISPOSITION:**

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

**INMATE SIGNATURE**　　DATE/TIME:
**OFFICER SIGNATURE**　　DATE/TIME:

Went to the highest all have been ignored

# SOLANO COUNTY SHERIFF`S OFFICE

## GRIEVANCE INMATE REPORT

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| HOUSING ASSIGNMENT | 03-SCF LVL1 U03 12 | WHITE SCJ577 | 06/02/2022 | 04:49 |

**GRIEVANCE SUMMARY**

Inmate is grieving that when he was housed with another inmate in Unit 12, that he got scabies from the other inmate.

**INMATE COPY**

**CURRENT HOUSING:** 03-SCF LVL1 U03 12 B
**GRIEVANCE AGAINST DEPARTMENT:** CUSTODY DIVISION
**DISPOSITION:**

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

**INMATE SIGNATURE**    DATE/TIME:
**OFFICER SIGNATURE**    DATE/TIME:

*No responses* (handwritten)